UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN DOVAL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>FAIRLEIGH DICKINSON UNIVERSITY,<br><br>　　　　　　　Defendant. | Civil Action No. 20-6010 (ES) (MAH)<br><br>ORDER |

　　　　This matter having come before the Court on the motions of Angelo A. Stio, III, Esq. ["the movant"] of Troutman Pepper Hamilton Sanders LLP, attorneys for Defendant, for the *pro hac vice* admission of Amy C. Foerster, Esq. and Christopher R. Healy, Esq. ["counsel"], pursuant to L. Civ. R. 101.1;

　　　　and the Court having considered the submissions in support of the motions [D.E. 8, 9], which reflect that counsel satisfy the requirements set forth in L. Civ. R. 101.1(c)(1);

　　　　and Plaintiff having consented to these motions;

　　　　and for good cause shown,

　　　　**IT IS ON THIS 30th day of July 2020,**

　　　　**ORDERED** that the motions for the *pro hac vice* admission of counsel [D.E. 8, 9] are **GRANTED**; and it is further

　　　　**ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsels' standing at the bar of any court; and it is further

　　　　**ORDERED** that counsel are deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel

that may arise from counsels' participation in this matter; and it is further

    **ORDERED** that the applicant shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

    **ORDERED** that counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel represent the client in this matter; and it is further

    **ORDERED** that counsel shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3); and it is further

    **ORDERED** that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of counsel or their inability to be in attendance at proceedings.

                                        *s/Michael A. Hammer*
                                        **UNITED STATES MAGISTRATE JUDGE**