IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN DOVAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAIRLEIGH DICKINSON UNIVERSITY,<br><br>Defendant. | Civil Action No.: 2:20-cv-06010-ES-MAH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Steven Doval hereby dismisses without prejudice all claims against Defendant Fairleigh Dickinson University.

Dated: August 24, 2020

**BURSOR & FISHER, P.A.**

By:  */s/ Philip L. Fraietta*

Philip L. Fraietta (118322014)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

*Attorney for Plaintiff*

**SO ORDERED.**

*/s/Esther Salas*
**Hon. Esther Salas, U.S.D.J.**
**Date: August 27, 2020**